**FILED**

OA 91  Criminal Complaint

# United States District Court

APR X 9 2007

RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTHERN            DISTRICT OF            CALIFORNIA

UNITED STATES OF AMERICA
V.
Adolfo ZENDEJAS-Andeano
(a.k.a. Adolfo ZENDAYAS)

CRIMINAL COMPLAINT

Case Number: 4-07-70211 WDB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about  March 30, 2007  in  Alameda  County, in the  NORTHERN  District of  CALIFORNIA  defendant(s) did,

(Track Statutory Language of Offense)

an alien, was removed from the United States to Mexico, through San Ysidro, California, afoot, on or about March 19, 2004. Thereafter, on or about March 30, 2007, Defendant was found in the County of Alameda, Northern District of California, without having obtained express consent for reapplication for admission from either the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557)

in violation of Title  8  United States Code, Section(s)  1326

I further state that I am a(n)  Special Agent  and that this complaint is based on the following facts:
                                  Official Title

See Attached Affidavit herein incorporated by reference

Maximum Penalties: 20 years imprisonment; $250,000.00 fine; 3 years supervised release and $100 special assessment.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Approved As To Form: *Bryan R. Whitt*
BRYAN R. WHITTAKER, Special Assistant U.S. Attorney
AUSA

Rocio Franco, Special Agent, ICE
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

4/9/07
Date

at  San Francisco, California
         City and State

EDWARD M. CHEN                U.S. Magistrate Judge
Name & Title of Judicial Officer                     Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rocio Franco, being duly sworn, do hereby state:

1. I am a Special Agent with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I am currently assigned to the Operation Community Shield (OCS) Gang Unit of the San Francisco District Office, Investigations Branch. I have been employed in this capacity for approximately forty (40) months.

2. I have reviewed the official Alien Registration File and the automated criminal records relating to Adolfo ZENDEJAS-Andeano ("ZENDEJAS"), a.k.a. Adolfo ZENDAYAS, which attest to the following:

   a. ZENDEJAS, is a twenty-eight (28) year-old male, native and citizen of Mexico, who last entered the United States illegally on or about February 20, 2007, by crossing the international border at or near Nogales, Arizona, in an unknown manner, without first having obtained the consent of the Attorney General of the United States or the U.S. Secretary of Homeland Security.

   b. ZENDEJAS's official Alien Registration File contains four (4) executed Warrants of Deportation. The defendant was arrested and deported from the United States to Mexico, at Nogales, Arizona, on or about December 7, 2000; at Nogales, Arizona, on or about September 11, 2002; at Nogales, Arizona, on or about September 25, 2002; and at San Ysidro, California, on or about March 19, 2004.

3. On or about March 30, 2007, ZENDEJAS's presence in the United States became known to ICE pursuant to a referral by the Southern Alameda County Gang Violence Suppression Task Force.

4. On April 6, 2007, I interviewed the defendant at the ICE San Francisco District Office. ZENDEJAS provided a sworn statement in which he admitted that he was a citizen and national of Mexico, and that he had been previously deported to Mexico.

1

5.      Also on April 6, 2007, the Federal Bureau of Investigation (FBI) Special Processing Center confirmed that the fingerprints dated March 30, 2007, the fingerprints from a sworn statement dated April 6, 2007, and the prints on the Warrants of Deportation dated December 7, 2000, September 11, 2002, September 25, 2002, and March 19, 2004, are identical to each other and those in ZENDEJAS's FBI file. The fingerprint examiner positively identified the fingerprints as belonging to the same ZENDEJAS who had previously been removed from the United States as referenced above in paragraph 2.

6.      There is no indication in the official files of the United States Department of Homeland Security that ZENDEJAS ever applied for or obtained the permission of the United States Attorney General or the Secretary of Homeland Security to reenter the United States.

7.      Based upon the facts described above, I believe that there is probable cause that the defendant, ZENDEJAS having previously been deported from the United States, has been found in the United States without the required permission, in violation of Title 8, United States Code, Section 1326.

Rocio Franco
Special Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement
San Francisco, California

Subscribed and sworn to before me this ___ day of April 2007 at San Francisco, California.

Honorable Edward M. Chen
United States Magistrate Judge
Northern District of California
San Francisco, California

2