DOCUMENTS UNDER SEAL ☐                           DOCUMENT NUMBER:

| MAGISTRATE JUDGE **MINUTE ORDER** | DEPUTY CLERK<br>Ivy Lerma Garcia | REPORTER/FTR<br>FTR 4/11/07  10:03:05-10:15:12 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>4/11/07 | NEW CASE<br>☐ | CASE NUMBER<br>4-07-70211-WDB |

## APPEARANCES

| DEFENDANT<br>ADOLFO ZENDEJAS-ANDEANO | AGE | P/NP<br>P | CUST<br>Yes | ATTORNEY FOR DEFENDANT<br>John Paul Reichmuth | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Bryan Whittaker | INTERPRETER<br>Carole Glasser (Spanish Int.) | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D | |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Silvio Lugo | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR<br>time 12 Mins HELD | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or<br>time  S/R | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

**FILED**

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS<br>4/11/07 | ☒ ADVISED<br>OF CHARGES<br>4/11/07 | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**APR 1 1 2007**

### ARRAIGNMENT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH    $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

CRIM. HISTORY REPORT

| ☒ MOTION<br>FOR<br>DETENTION | ☒ PRETRIAL ONLY<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>4/16/07 | ☒ APPOINT<br>I.D. COUNSEL | ☐ BOND<br>SIGNING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☒ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR | ☐ CHANGE OF<br>PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ STATUS RE:<br>DETENTION<br>HEARING | ☐ ARRAIGN-<br>MENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY/<br>REMOVAL | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP.REL.<br>REV. HEARING |

### ADDITIONAL PROCEEDINGS

Govt's atty. provided the Court with the copy of the detainer that has been lodged on the deft. by ICE (Immigration and Customs Enforcement). AFPD J.P. Reichmuth to assist the deft. in filling out his financial affidavit form. Request for discovery was made by the deft's atty. to the govt's atty. Deft's atty. asked that Pret. Svcs. prepare a Criminal History Report only of the deft.
cc: WDB's Stats, Pretrial

U.S. Department of Homeland Security
Immigration and Customs Enforcement

RECEIVED

**Immigration Detainer - Notice of Action**

| To: | From: |
|---|---|
| U.S. Marshals | **U.S. DEPARTMENT OF HOMELAND SECURITY** |
| APR 11 2007 | IMMIGRATION & CUSTOMS ENFORCEMENT |
| CUSTODIAN OF RECORDS  WAYNE D. BRAZIL | OFFICE OF CRIMINAL INVESTIGATIONS |
| HOLDS/WARRANTS/DETAINER U.S. MAGISTRATE JUDGE | 630 SANSOME STREET |
| NORTHERN DISTRICT OF CALIFORNIA | SAN FRANCISCO, CA 94111 |
| OR ANY SUBSEQUENT LAW ENFORCEMENT AGENCY | |

| Name of Alien (ICE): ZENDEJAS-ANDEANO, ADOLFO | | Name of Alien (Institution): ZENDAYAS, ADOLFO | |
|---|---|---|---|
| Date of Birth: 12/10/1978 | Nationality: Mexican | Offense (NCIC): Title 8, USC, Section 1326 | File No: A77 165 629 |
| CII/SID: CA11574671 & CA11672953 | Jail No: PFN# AYL623 | Date Sentenced: | Date Detainer Filed: April 11, 2007 |
| FBI: 917982DB7 | Court No: | Sentence Length: | Interview Date: April 6, 2007 |
| | Sex: Male | Ag Felony: ☐ Yes ☒ No<br>☐ DO  ☐ DR  ☐ OT | ERD: |
| | | | |

**You are advised that the action noted below has been taken by the Bureau of Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on
_____.
         (Date)
☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____.
                                                                                                                  (Date)
☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**
Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive. If you have any further questions regarding this matter, please contact the ICE official named below at (415) 844-5347 during normal business hours.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE (Detention Branch) by calling (415) 844-5549 during business hours or by fax at (415) 844-5563.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.
     ☐ A self-addressed stamped envelope is enclosed for your convenience.
     ☐ Please return a signed copy via facsimile to (415) 844-5335.
        Return fax to the attention of    person named below
                                          (Name of ICE officer handling case)
☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution. **IF INMATE IS TRANSFERRED, NOTIFY GAINING INSTITUTION THAT THIS HOLD IS ACTIVE. PROVIDE A COPY OF THIS NOTICE TO THE INSTITUTION.**
☐ Please cancel the detainer previously placed by this Service on _____.

_____    A5045                    Special Agent
(Signature of ICE official)                                (Title of ICE official)

**Receipt acknowledged:**

Date of latest conviction: _____    Latest conviction charge: _____
Estimated release date: _____
Signature and title of official: _____

Form SFR/I-247 (Rev. 6-1-99)N