AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

---- OFFENSE CHARGED ----

Title 8 USC Section 1326 - Illegal Reentry by an Alien after Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

---- DEFENDANT - U.S. ----

▶ ADOLFO ZENDEJAS-ANDEANO (a/k/a Adolfo Zendejas)

DISTRICT COURT NUMBER

CR 07-00369 SBA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ 4/11/2007   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶      Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-07-70211wdb

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Bryan Whittaker, SAUSA

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
2007 JUN 11 PM 3: 44

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR07-00369 SBA |
|---|---|
| Plaintiff, | ) VIOLATION: Title 8, United States Code, |
| | ) Section 1326 – Illegal Reentry by an Alien |
| v. | ) after Deportation |
| | ) |
| ADOLFO ZENDEJAS-ANDEANO | ) |
| (a/k/a Adolfo Zendejas), | ) OAKLAND VENUE |
| | ) |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

On or about March 30, 2007, the defendant,

ADOLFO ZENDEJAS-ANDEANO
(a/k/a Adolfo Zendejas),

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code,

////

United States v. Zendejas-Andeano
INFORMATION

1  Section 1326.

3  Dated: June 11, 2007

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

8  (Approved as to form: /s/ Bryan White )
   SAUSA WHITTAKER

United States v. Zendejas-Andeano
INFORMATION