# United States District Court

NORTHERN ——————— DISTRICT OF ——————— CALIFORNIA

**FILED**

JUN 1 2 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CC....
OAKLAND CALIFORNIA

UNITED STATES OF AMERICA

V.

ADOLFO ZENDEJAS-ANDEANO
aka Adolfo Zendejas

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-00369 SBA

I, ___Adolfo Zendejas-Andeano___ , the above named defendant, who is accused of

Violation of Title 8, U.S.C. Sec. 1326 — Illegal Reentry by an Alien after Deportation

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

___June 12, 2007___ prosecution by indictment and consent that the proceeding may be by information
Date

rather than by indictment.

___AdIFO___
Defendant

___(signature)___
Counsel for Defendant

Before ___Wayne D. Brazil___ 6-12-07
Judicial Officer