**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald V. Dellums Federal Building*     (510) 637-3680
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*     *FAX:*(510) 637-3724

June 15, 2007

VIA HAND DELIVERY

Honorable Saundra B. Armstrong
United States District Judge
1301 Clay Street
Courtroom 3, 3rd Floor
Oakland, CA 94612

    Re:    <u>United States v. Adolfo Zendeja-Andeano</u>,
             CR-07-00369-SBA

Dear Judge Armstrong:

    I have enclosed a copy of a proposed plea agreement in the above referenced matter. Currently, the defendant is scheduled for change of plea on Tuesday, June 19, 2007, at 11:00 a.m. Please let me know if you have any questions.

                                   Very truly yours,

                                   SCOTT N. SCHOOLS
                                   United States Attorney

              By:    _____
                      BRYAN R. WHITTAKER
                      Special Assistant United States Attorney

cc: John Paul Reichmuth, AFPD

Enclosure