UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 6/19/07

CR 07-00369SBA                              JUDGE: SAUNDRA BROWN ARMSTRONG

ZENDEJAS-ANDEANO            Present (X) Not Present ( ) In Custody (X)
     DEFENDANT(S)

 SASHI KEWALRAMANI                     JOHN PAUL REICHMUTH
U.S. ATTORNEY                          ATTORNEY FOR DEFENDANT(S)

Deputy Clerk:  Lisa R. Clark            DIANE SKILLMAN
                                          Court Reporter

 MONIQUE INCIARTE
 Interpreter                            Probation Officer
                          **PROCEEDINGS**

**REASON FOR HEARING:** CHANGE OF PLEA - NOT HELD

**RESULT OF HEARING:** PARTIES SUBMITTED THE PLEA AGREEMENT TO THE COURT; COURT FINDS EXCLUDABLE TIME UNITL 9/18/07 BASED ON THE COURTS CONSIDERATION OF THE PLEA AGREEMENT

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to  9/18/07  for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to  9/18/07  for Change of Plea @ 10:00 a.m.
cc: