UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASE NUMBER | CR-07-00369 SBA |
| DEFENDANT'S NAME | ADOLFO ZENDEJAS ANDEANO |
| DEFENDANT'S COUNSEL | JOHN PAUL REICHMUTH |
| DUE DATE | 9/18/07 @ 10:00 AM |

----------------------------------NOTICE TO DEFENSE COUNSEL-------------------------------------

The Court has directed that a:

|  |  |
|---|---|
|  | FAST TRACK |
| X | Pre-Plea Presentence Investigation |
| ___ | Presentence Investigation |
| ___ | Bail supervision |
| ___ | Postsentence Investigation |
| ___ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the ***Probation Office, Room 220S, 2nd Floor*** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

by: *Lisa R. Clark*

Lisa R. Clark, Deputy Clerk
Dated: 6/19/07

U.S. Probation Office~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is Defendant in custody ?  yes or no
Is Defendant English speaking? yes or no [*Interperter:* _____ ]
Defendant's address: _____

_____