# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 24, 2007

Hon. Saundra Brown Armstrong
United States District Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re:  United States v. Adolfo Zendejas-Andeano, CR 07-00369-SBA**

Dear Judge Armstrong:

    I am following up my discussions with Lisa Clark, courtroom deputy clerk, with this letter requesting a calendar setting.  This case is presently set for change of plea and judgment on September 18, 2007.  The parties advised the court at the last appearance that we would contact the Probation Department and seek an earlier sentencing date, given that the defendant was near the end of the sentence that we contemplated asking the court to impose.  Probation has now completed its report, and both parties ask that this matter be set for July 31, 2007 at 10:00 for change of plea and judgment and sentencing.  Please do not hesitate to contact me for any reason.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

/s/

JOHN PAUL REICHMUTH
Assistant Federal Public Defender

cc:   Bryan Whittaker, AUSA