BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Zendejas-Andeano

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00369-SBA |
| Plaintiff, | DEFENDANT ZENDEJAS-ANDEANO'S SENTENCING MEMORANDUM |
| vs. | |
| ADOLFO ZENDEJAS-ANDEANO, | |
| Defendant. | |

Mr. Zendejas-Andeano has tendered a plea agreement under Fed. R. Crim. P 11(c)(1)(c) to a single count of illegal reentry following deportation in violation of 8 U.S.C. § 1326. The Plea agreement calls for a sentence of 3 months incarceration. The probation Office has graciously prepared an expedited report setting forth the Sentencing Guidelines calculations that apply to this case. Mr. Zendejas-Andeano has no objection to these calculations. It is respectfully requested that the court impose a sentence of three months incarceration, deem that time to have been served, and release Mr. Zendejas-Andeano to the custody of the Bureau of Immigration and Customs Enforcement. The sentencing Guidelines Range is zero-to-six months prison. Both parties are requesting imposition of the mid-range. In mitigation of the offense in this case, Mr. Zendejas-Andeano has no felony convictions. He has a young daughter in this

SENTENCING MEMO                    1

country whose mother is a drug addict. The undersigned proffers that he spoke with the grandmother of the child who spoke very highly of Mr. Zendejas-Andeano's devotion to his daughter, and his care for her in the face of the other parent's drug addiction and her frequent returns to jail and rehabilitation facilities. In sum, it is respectfully requested that the court impose three months prison. Mr. Zendejas-Andeano first appeared in United States District Court on this charge on April 11, 2007, so it is respectfully requested that the court note that the sentence has been served and release Mr. Zendejas-Andeano into the BICE detainer which is currently in place.

July 30, 2007

                                            Respectfully submitted,

                                            BARRY J. PORTMAN
                                            Federal Public Defender
                                            Northern District of California

                                            /S/

                                            JOHN PAUL REICHMUTH
                                            Assistant Federal Public Defender