**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/31/07

CR 07-00369SBA                                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

ADOLFO ZENDEJAS-ANDEANO          Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

<u>BRIAN WHITTAKER</u>                          <u>JOHN PAUL REICHMUTH</u>
U.S. ATTORNEY                                    ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                      <u>DIANE SKILLMAN</u>
                                                 Court Reporter

<u>HIRAM TORRES</u>                              <u>CONNIE COOK</u>
 Interpreter                                     Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**

**RESULT OF HEARING: DEFENDANT PLED GUILTY TO CT. 1 OF THE INFORMATION**

**JUDGMENT: 3 MONTHS BOP; 3 YEARS SUPERVISED RELEASE; SPECIAL ASSESSMENT $100.00 SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: